B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

NORTHERN

In re TOMMIE WAYNE FLOYD, III, STACEY DAWN FLOYD  
Debtor

Case No. 19-10045-rlj13  
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplemental to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: **QUICKEN LOANS INC.**  Court claim no. (if known): **9-1**

Last four digits of any number you use to identify the debtor's account: **xxxxxx5808**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No  
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | 04/05/19 @ $150.00 | (3) | $150.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | 03/28/19 @ $550.00 | (5) | $550.00 |
| 6. | Appraisal/Broker's price opinion fess | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify: _____ | | (10) | |
| 11. | Other. Specify: _____ | | (11) | |
| 12. | Other. Specify: _____ | | (12) | |
| 13. | Other. Specify: _____ | | (13) | |
| 14. | Other. Specify: _____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3001.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Harriet Langston Wagner   Date: 4/25/19
Signature

Print: Harriet Langston Wagner   Title: Attorney for Quicken Loans Inc.
       First Name   Middle Name   Last Name

Company: Codilis & Moody, P.C.

Address: 400 N. Sam Houston Pkwy E, Suite 900A
         Number   Street
         Houston          TX      77060
         City             State   ZIP Code

Telephone number: (281) 925-5200    email: Harriet.Langston@tx.cslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 a true and correct copy of the above and foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges shall be served via electronic means, if available, otherwise by regular, first class mail on April 26, 2019 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

TOMMIE WAYNE FLOYD, III
STACEY DAWN FLOYD
P.O. BOX 32
ROSCOE, TX 79545
**DEBTOR**

PHIL BLACK
1290 SOUTH WILLIS COMMERCE PLAZA, SUITE 125
ABILENE, TX 79605
**ATTORNEY FOR DEBTOR**

ROBERT B. WILSON
1407 BUDDY HOLLY AVE
LUBBOCK, TX 79401
**CHAPTER 13 TRUSTEE**

*Codilis & Moody, P.C.*

By: /s/ Harriet Langston Wagner
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
**ATTORNEYS FOR SECURED CREDITOR**

## *Invoice*

Number: ▉
Date:  April 5, 2019

Type:  Bankruptcy
**To:** ▉

Quicken Loans Inc.
635 Woodward Avenue

Detroit, MI 48226

# CODILIS&MOODY, P.C.

LAW OFFICES

15W030 NORTH FRONTAGE ROAD
BURR RIDGE, IL 60527
(281) 925-5200   FAX: (281) 925-5300

**PLEASE REMIT PAYMENT TO:**
**6782 S. POTOMAC STREET**
**CENTENNIAL, CO 80112**
*PAYMENT DUE WITHIN 30 DAYS*

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ▉ | File Number |
| Case Reference: | Tommie Floyd III | ▉ |
| Property Address: | 1002 Hickory Street<br>Roscoe, TX 79545 | |
| Loan Type: | FHA | |
| FHA Number: | | |

**Billing Detail:**                                                                                          Amount

Atty Fee - Review of Plan ▉ (04/05/2019)                                                       150.00
  *Fee for review of Debtors Chapter 13 Plan, Statement and Schedules and*
  *filing a Notice of Appearance - Recoverable*

                                                                Total due this invoice:       **$150.00**

* PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE *
Page  1

# *Invoice*

# CODILIS&MOODY, P.C.

LAW OFFICES

15W030 NORTH FRONTAGE ROAD
BURR RIDGE, IL 60527
(281) 925-5200  FAX: (281) 925-5300

Number: ▓▓▓
Date:     March 28, 2019
Type:     Bankruptcy

**To:** ▓

Quicken Loans Inc.
635 Woodward Avenue

Detroit, MI 48226

**PLEASE REMIT PAYMENT TO:**
**6782 S. POTOMAC STREET**
**CENTENNIAL, CO 80112**
*PAYMENT DUE WITHIN 30 DAYS*

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ▓▓▓ | File Number |
| Case Reference: | Tommie Floyd III | ▓▓▓ |
| Property Address: | 1002 Hickory Street<br>Roscoe, TX 79545 | |
| Loan Type: | FHA | |
| FHA Number: | | |

**Billing Detail:**                                                                                              Amount

Atty Fee - Proof of Claim ▓ (03/28/2019)                                                                          500.00
   *Fee for preparing and filing a Proof of Claim  - Recoverable*
Atty Fee for Bankruptcy (03/28/2019)                                                                              250.00
   *Fee for completing the Courts required POC 410 from(transaction
   history) - Recoverable*

                                                                         Total due this invoice:          **$750.00**

Page   1

\* **PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE** \*
Tax Identification Number: ▓▓▓